

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB 3 - 2015

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| KEVIN HOWARD (1)<br>JERRY WARE (2) | **3-15CR-040-K** |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Interference with Commerce by Robbery; Aiding and Abetting
### (Violation of 18 U.S.C. §§ 1951 and 2)

On or about October 25, 2014, in the Dallas Division of the Northern District of

Texas, the defendants, **Kevin Howard** and **Jerry Ware**, aiding and abetting one another,

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect,

commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and

commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951,

in that the defendants, **Kevin Howard** and **Jerry Ware**, did unlawfully take and obtain,

and attempt to take and obtain, personal property, consisting of United States currency

and merchandise, from the person and in the presence of B.T. in his capacity as an

employee of 7-Eleven, located at 10340 Forest Lane, Dallas, Texas, and against his will

**Indictment - Page 1**

by means of actual and threatened force, violence, and fear of immediate injury to his person, that is by brandishing a firearm.

In violation of 18 U.S.C. §§ 1951 and 2.

**Indictment - Page 2**

<u>Count Two</u>
Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence; Aiding and Abetting
(Violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2)

On or about October 25, 2014, in the Dallas Division of the Northern District of Texas, the defendants, **Kevin Howard** and **Jerry Ware**, aiding and abetting one another, did knowingly use, carry and brandish a firearm during and in relation to a crime of violence, namely interfering with commerce by robbery, in violation of 18 U.S.C. § 1951, as alleged in Count One of this indictment, for which the defendants may be prosecuted in a court of the United States.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2.

**Indictment - Page 3**

<u>Count Three</u>
Interference with Commerce by Robbery; Aiding and Abetting
(Violation of 18 U.S.C. §§ 1951 and 2)

On or about October 25, 2014, in the Dallas Division of the Northern District of Texas, the defendants, **Kevin Howard** and **Jerry Ware**, aiding and abetting one another, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendants, **Kevin Howard** and **Jerry Ware**, did unlawfully take and obtain personal property, consisting of United States currency, from the person and in the presence of G.T, in his capacity as an employee of 7-Eleven, located at 14801 Coit Road, Dallas, Texas, and against his will by means of actual and threatened force, violence, and fear of immediate injury to his person, that is by brandishing a firearm.

In violation of 18 U.S.C. §§ 1951 and 2.

**Indictment - Page 4**

<u>Count Four</u>
Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence; Aiding and Abetting
(Violation of 18 U.S.C. §§ 924(c)(1)(C)(i) and 2)

On or about October 25, 2014, in the Dallas Division of the Northern District of

Texas, the defendants, **Kevin Howard** and **Jerry Ware**, aiding and abetting one another,

did knowingly use, carry and brandish a firearm during and in relation to a crime of

violence, namely interfering with commerce by robbery, in violation of 18 U.S.C. § 1951,

as alleged in Count Three of this indictment, for which the defendants may be prosecuted

in a court of the United States.

In violation of 18 U.S.C. §§ 924(c)(1)(C)(i) and 2.

<u>Count Five</u>
Interference with Commerce by Robbery
(Violation of 18 U.S.C. §§ 1951)

On or about October 28, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Kevin Howard**, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendant, **Kevin Howard**, did unlawfully take and obtain personal property, consisting of United States currency, from the person and in the presence of B.T., in his capacity as an employee of 7-Eleven, located at 10340 Forest Lane, Dallas, Texas, and against his will by means of actual and threatened force, violence, and fear of immediate injury to his person, that is by brandishing a firearm.

In violation of 18 U.S.C. §§ 1951.

**Indictment - Page 6**

## Notice of Forfeiture
### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for any of the offense alleged in Counts One, Three, and Five of this indictment, the defendants, **Kevin Howard** and **Jerry Ware**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C § 2461(c), any property constituting, or derived from proceeds traceable to the respective offense.

Upon conviction for any of the offenses alleged in the indictment, the defendants, **Kevin Howard** and **Jerry Ware**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C § 2461(c), any and all firearms and ammunition involved or used in the respective offense.

Upon conviction for any of the offenses alleged in the indictment, the defendants, **Kevin Howard** and **Jerry Ware**, shall forfeit to the United States, pursuant to 18 U.S.C. § 3665, any firearms and ammunition found in the possession or under the immediate control of the respective defendant at the time of his arrest.

This property includes, but is not limited to, the following:

1. A Jimenez Arms, Model JA Nine, .9mm pistol, bearing serial number 118641, and any ammunition contained therein.

A TRUE BILL

_____

FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

LISA J. MILLER
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas    75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809
Lisa.Miller@usdoj.gov

Indictment - Page 8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

KEVIN HOWARD (1)       **3-15CR-040-K**

JERRY WARE (2)

---

INDICTMENT

18 U.S.C. §§ 1951 and 2
Interference with Commerce by Robbery;
Aiding and Abetting

18 U.S.C. §§ 924(c)(1)(A)(ii) and 2
Using, Carrying and Brandishing a Firearm
During and in Relation to a Crime of Violence;
Aiding and Abetting

18 U.S.C. §§ 924(c)(1)(C)(i) and 2
Using, Carrying and Brandishing a Firearm
During and in Relation to a Crime of Violence;
Aiding and Abetting

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

5 Count(s)

---

A true bill rendered

------------------------------------------------------------------------

DALLAS                                                    FOREPERSON

Filed in open court this _____ day of February 2015.

----------------------------------------------------------------------------------------------------

_____ Clerk

**Defendants KEVIN HOWARD and JERRY WARE in State Custody at Dallas County Jail; Warrants to issue for both defendants.**

----------------------------------------------------------------------------------------------------

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

No Criminal matter pending